```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
JOEL PENA,                                                         :
:
                                Plaintiff,   :   1:24-cv-6378-GHW
:
                -v-                                          :   ORDER
:
FBA II, INC., *et al.*,                                            :
:
                            Defendants.   :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated November 5, 2024, Plaintiff requested that the initial pretrial conference scheduled for December 9, 2024 in Courtroom 12C, 500 Pearl Street, New York, NY 10007 be conducted by telephone. Dkt. No. 22. Plaintiff's request is denied. Instead, to accommodate Plaintiff's schedule, the initial pretrial conference is adjourned to January 15, 2025 at 3:00 p.m. in Courtroom 12C, 500 Pearl Street, New York, NY 10007. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's September 6, 2024 order, *see* Dkt. No. 5, is extended to January 8, 2025.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                                  GREGORY H. WOODS
                                                     United States District Judge