USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :

JOEL PENA,                                               :

                                         Plaintiff,      :              1:24-cv-6378-GHW

                           -v-                                        :                    <u>ORDER</u>

FBA II, INC., *et al.*,                             :

                                         Defendants.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        By letter dated November 19, 2024, Plaintiff requested an extension of time to file a responsive pleading. Dkt. No. 24. Plaintiff's request is granted. The deadline for Plaintiff to file a pleading in response to Defendants' counterclaims, Dkt. No. 19, is extended by 21 days. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

        SO ORDERED.

Dated: November 21, 2024
            New York, New York

                                                                    _____
                                                                           GREGORY H. WOODS
                                                                  United States District Judge