```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                                                :
JOEL PENA,                                                      :
                                                                :
                                           Plaintiff,           :        1:24-cv-6378-GHW
                                                                :
                       -v-                                      :        ORDER
                                                                :
NIKE, INC., *et al.*,                                           :
                                                                :
                                           Defendants.          :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 10, 2024, Plaintiff filed a motion to dismiss Defendant Miami Heat Limited

Partnership's counterclaims. Dkt. No. 28. Any opposition to Plaintiff's motion must be filed no

later than January 7, 2025. Plaintiff's reply, if any, is due January 21, 2025. The Clerk of Court is

directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                         _____
                                              GREGORY H. WOODS
                                              United States District Judge