USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 4/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOEL PENA,<br><br>Plaintiff,<br><br>-v-<br><br>MIAMI HEAT LIMITED PARTNERSHIP, *et al.*,<br><br>Defendants. | : | 1:24-cv-6378-GHW<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

By letter dated April 22, 2025, the parties filed a joint letter regarding a number of discovery disputes. Dkt. No. 38. The Court will hold a conference on April 25, 2025 at 1:00 p.m. to discuss the issues outlined in the parties' letter. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rule of Practice in Civil Cases, which can be found on the Court's website. Specifically, Individual Rule 2(C) contains the dial-in information and the relevant instructions for the conference. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-572-4826, followed by the pound (#) key. Defendants are directed to serve a copy of this order on Plaintiff.

SO ORDERED.

Dated: April 23, 2025
New York, New York

GREGORY H. WOODS
United States District Judge