```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :
JOEL PENA,                                   :

                        Plaintiff,        :        1:24-cv-6378-GHW

                                       :
                 -v-                    :        <u>ORDER</u>

MIAMI HEAT LIMITED PARTNERSHIP, *et al.*, :

                    Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on April 25, 2025, Plaintiff is ordered to respond in full to Defendants' outstanding discovery requests no later than May 5, 2025. Further, as discussed on the record during the April 25, 2025 conference, fact discovery is extended to June 20, 2025 for the sole purpose of conducting Plaintiff's deposition.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: April 25, 2025
       New York, New York

                                                                       _____
                                                                            GREGORY H. WOODS
                                                                     United States District Judge