```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JOEL PENA,                                                           :
:
                                 Plaintiff,     :     1:24-cv-6378-GHW
:
                      -v-                    :     ORDER
:
MIAMI HEAT LIMITED PARTNERSHIP, *et al.*,                            :
:
                               Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated May 4, 2025, Plaintiff asked that the Court "accept [his] Response to the Counterclaims," which he filed on May 4, 2025. Dkt. No. 44. The Court understands Plaintiff's letter to constitute a request to extend the deadline for Plaintiff to file his answer to Defendants' counterclaims *nunc pro tunc* to the date of his filing. Plaintiff's application is granted. The deadline for Plaintiff to answer Defendants' counterclaims is extended *nunc pro tunc* to the May 4, 2025. Therefore, Plaintiff's answer filed at Dkt. No. 45 is considered timely. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                                     GREGORY H. WOODS
                                                      United States District Judge