```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
JOEL PENA,                                                          :
                                                                    :
                                       Plaintiff,                   :            1:24-cv-6378-GHW
                                                                    :
                    -v-                                             :                ORDER
                                                                    :
MIAMI HEAT LIMITED PARTNERSHIP, *et al.*,                           :
                                                                    :
                                       Defendants.                  :
                                                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

By letter dated May 22, 2025, the parties informed the Court of a discovery dispute related to the Court's April 25, 2025 order. Dkt. No. 47. The Court will hold a conference to discuss this matter on May 27, 2025 at 2:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Rule 2(C) contains the dial-in information and other relevant instructions for the conference.

    SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                                    _____
                                                        GREGORY H. WOODS
                                                       United States District Judge