USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOEL PENA,                                                    :
                                                              :
                              Plaintiff,                      :     1:24-cv-6378-GHW
                                                              :
               -v-                                            :     ORDER
                                                              :
MIAMI HEAT LIMITED PARTNERSHIP, et al.,                       :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As discussed during the conference held on the record on May 27, 2025, Plaintiff is ordered to provide complete responses to Defendants' outstanding discovery requests no later than June 3, 2025. Specifically, as discussed on the record during the May 27, 2025 conference, Plaintiff is ordered to provide native versions of all documents previously produced—in particular, native versions of spreadsheets and Adobe files previously produced. Additionally, Plaintiff is ordered to provide any and all documents responsive to Defendants' requests relating to the CULTURE TV mark, including those that Plaintiff can recover from the third-party web application discussed during the conference. The Court appreciates the parties' willingness to work together to ensure that the responsive material is produced in the proper format.

    SO ORDERED.

Dated: May 27, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge